■ LESTER GRIFFITH, Respondent, v CITY OF NEW YORK, Appellant. — Judgment, Supreme Court, New York County (Edward J. Amann, Jr., J.), entered on November 4, 1982, unanimously reversed, on the law and the facts, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless plaintiff, within 20 days after service upon his attorney of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in his favor to $750,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Sullivan, J. P., Ross, Carro, Milonas and Kassal, JJ.

■ In the Matter of IRVING BECKER, a Suspended Attorney. — Motion to hold respondent in contempt for his failure to comply with the order of this court entered on July 14, 1983 (95 AD2d 67), granted only to the extent of directing respondent to deliver his files or cause the files to be delivered to be inventoried as indicated in the order of this court. Concur — Murphy, P. J., Ross, Bloom, Milonas and Alexander, JJ.

■ In the Matter of WILLIAM N. MAIRS, JR., Admitted as WILLIAM NORTON MAIRS, JR. — Petition for reinstatement as an attorney and counselor at law in the State of New York denied. Concur — Murphy, P. J., Kupferman, Sandler, Fein and Alexander, JJ.

■ In the Matter of MAURICE S. ROTH, an Attorney. — Motion to vacate order of suspension and for other relief denied in all respects. Concur — Ross, J. P., Carro, Silverman, Bloom and Milonas, JJ.

■ In the Matter of RAYMOND M. ARIOLA. — Application for reinstatement as an attorney and counselor at law in the State of New York granted only to the extent of referring this matter to the Departmental Disciplinary Committee for the First Judicial Department to hear and report, and pending receipt of said report, the application is held in abeyance. Concur — Kupferman, J. P., Sullivan, Ross, Bloom and Alexander, JJ.

■ In the Matter of LOUIS ROSEN, an Attorney. — Respondent is suspended from practice as an attorney and counselor at law in the State of New York effective February 2, 1984, until the completion by the petitioner of its investigation of the charges presently pending against respondent, and until the further order of this court. Concur — Sullivan, J. P., Asch, Silverman, Bloom and Kassal, JJ.